UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTORIANO TAVAREZ, Individually
and On Behalf of All Others Similarly Situated,

                           **Plaintiff,**                      21-CV-09934 (MKV)(VF)

        -against-                                    **ORDER**

**EZ BOOK RECYCLE INC.,**

                           **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 25, 2022, the parties notified the Court that they were in the process of finalizing a settlement agreement and requesting a stay of the action. The parties request for a stay is denied. The parties are ordered to file a joint status letter no later than May 27, 2022, updating the Court on the status of the settlement.

**SO ORDERED.**

DATED:    New York, New York
              April 26, 2022

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge