USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

VICTORIANO TAVAREZ, Individually, and
On Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

EZ BOOK RECYCLE INC.,

          Defendant.

---------------------------------------- x

Case No. 1:21-cv-09934-MKV-VF

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  May 27, 2022

**MIZRAHI KROUB LLP**

*(signature)*

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

|  |  |
|---|---|
| DATED: May 27, 2022 | **SEYFARTH SHAW LLP**<br><br>_____<br>Julia Nell Sarnoff<br>975 F Street N.W.<br>Washington, DC 20004<br>202-828-3535<br>Email: jsarnoff@seyfarth.com<br><br>*Attorney for Defendant* |

**Granted. SO ORDERED.**

Date: 7/19/2022
New York, New York

Mary Kay Vyskocil
United States District Judge